UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TYRONE BURNETT,<br><br>Plaintiff,<br><br>v.<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:26-cv-00901-RLY-TAB |

**ORDER ON MOTION FOR LEAVE TO FILE THROUGH CM/ECF AND RECEIVE ELECTRONIC NOTICES**

Plaintiff Tyrone Bennett, proceeding *pro se*, asks the Court to authorize him to file through the Court's electronic case management system (CM/ECF) and receive electronic notices in this action. [Filing No. 25.] Plaintiff may be confusing "notice" with "service" of electronically filed documents. Notice refers to informing a litigant that something has been filed, whereas service is the formal delivery of those documents. *Pro se* litigants typically receive service of documents in the Southern District of Indiana via mail, which means there is an approximately three-day lag after an order is issued to when they receive the document in the mail at the address on the docket. While Plaintiff's motion states that he seeks electronic "notice" of docket entries, it also contains requests for electronic *service*, as Plaintiff indicates that electronic filing and noticing would help Plaintiff "receive filings and orders promptly and comply with the Court's deadlines." [Filing No. 25, at ECF p. 1.]

Currently, the Court does not typically provide CM/ECF access to *pro se* parties. However, Plaintiff may submit all documents electronically through the Court's web portal (https://www.insd.uscourts.gov/electronic-document-submission-web-portal). In addition, the Court is willing to provide Plaintiff with electronic service in this litigation only. If the Court adds Plaintiff's email address to the docket, he will receive a notification of electronic filing (NEF) from CM/ECF when documents are filed in this case. This gives him a one-time opportunity to click a link to access and retrieve the document. However, Plaintiff must understand that this will effectuate service of Court orders on Plaintiff. He will no longer receive a separate filing by mail, unless the filing is restricted and not electronically available via PACER.

Moreover, the Court recommends saving the files when originally accessed from the NEF email, because fees may apply when accessing the filings any additional time through PACER (PACER.gov). There is no fee to register for a PACER account. While PACER sets a ten cent per page fee to access filings, which applies to any user (including attorneys), PACER does not bill users unless they accrue more than $30 in charges in a quarter (January-March, April-June, July-September, October-December). *See* PACER, Options to Access Records if you Cannot Afford PACER Fees, available at https://pacer.uscourts.gov/my-account-billing/billing/options-access-records-if-you-cannot-afford-pacer-fees. Thus, to this extent, Plaintiffs can access documents in this litigation at any time online through PACER without incurring expenses.

For all these reasons, Plaintiff's motion for electronic notice of docket entries [Filing No. 25] is granted to the extent that the Clerk is directed to add Plaintiff's email address (burnettt1982@gmail.com) to the docket, as noted in the distribution list below, in the above-referenced case only. This will allow Plaintiff to receive immediate notice of the electronic filing

of documents in this case. Plaintiff can access documents through the notification link once without charge, or PACER in the process described above. Plaintiff will need to contact PACER to determine if his account is set up correctly to view the docket sheet and to review filings. This will effectuate service of Court orders on Plaintiff. He will no longer receive a separate filing by mail, unless the filing is restricted and not electronically available via PACER.

Date: 11/23/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

TYRONE BURNETT
P.O. Box 4758
Ashburn, VA 20148-0031
burnettt1982@gmail.com